JAKRUN S. SODHI, Esq. (SBN 200851)
MARIA C. JAIME, Esq. (SBN 231502)
JINEEN T. ESPINOSA, Esq. (SBN 168027)
CURTIS & ARATA, A Professional Corporation
1300 K Street, Second Floor
P.O. Box 3030
Modesto, California 95353
jsodhi@curtisandarata.com
Telephone:   (209) 521-1800
Facsimile:   (209) 572-3501

Attorneys for Plaintiff ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TACKBERRY, JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez,<br><br>Plaintiffs,<br>v.<br><br>THE COUNTY OF ALAMEDA; ALAMEDA COUNTY SHERIFF'S DEPARTMENT; SHERIFF GREGORY AHERN, individually and in his official capacity; SANTA RITA JAIL; CITY of LIVERMORE; LIVERMORE POLICE DEPARTMENT; STEVE SWEENEY, individually and in his official capacity; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>_____/ | Case No. 1:08CV976<br><br>**STIPULATION FOR CHANGE OF VENUE AND ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that this court transfer venue of the above-captioned matter from the United State District Court for the Eastern District of California to the United States District Court for the Northern District of California.

It is further stipulated that the matter be heard in the Oakland Division of the Northern Federal District.   Payment of all costs and fees of such transfer shall be made by Plaintiffs, ELIZABETH TACKBERRY, , JASMINE ELIZABETH LOPEZ, by and through her Guardian ad Litem, Jovita Munoz Lopez

1

1  
2  CURTIS & ARATA  
   A PROFESSIONAL CORPORATION  
3  
4  Dated:_____     By: _____  
                                 Maria C. Jaime  
                                 Attorneys for Plaintiffs  
5  
6  
7  BOORNAZIAN, JENSEN & GARTHE  
8  
9  Dated:_____     By:_____  
                                 Greg Rockwell,  
10                               Attorneys for Defendants  
                                 County of Alameda  
11  
12  
13  PORTER, SCOTT, et al.  
14  
15  
16  Dated:_____     By:_____  
                                 Terence Cassidy  
                                 Attorney for Defendants  
17                               City of Livermore et al.  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

2

**ORDER**

Pursuant to the stipulation between the parties and good cause appearing, this action is transferred for all purposes from the United State District Court for the Eastern District of California to the United States District Court for the Northern District of California.  IT IS FURTHER ORDERED that the above-captioned matter is hereby transferred to the Oakland Division of the United States District Court, Northern District upon payment by Plaintiffs of all necessary fees required by law.  The Clerk of this Court is authorized to transfer all pleadings and papers herein to the Clerk of that Court.  IT IS SO ORDERED.

**Dated:   December 12, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE